Wallace H. Tetlow
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: wallace@wilkersonlaw.net
AK Bar #9306038

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JESSE KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| INFINITY AUTO INSURANCE ) | |
| COMPANY, LEADER INSURANCE ) | |
| COMPANY, INFINITY PROPERTY and) | |
| CASUALTY CORPORATION, and ) | |
| INFINITY INSURANCE COMPANIES, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 3:11-CV-00082-RRB |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

DONE and ORDERED entered this 27 day of May, 2011.

S/RRB
Judge Ralph R. Beistline
U.S. District Court

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291